**2014–0989.  State v. Roberts.**
Trumbull App. No. 2001CR00793. Reported at 150 Ohio St.3d 47, 2017-Ohio-2998, 78 N.E.3d 851. On appellant's motion for reconsideration. Motion denied.

**2015–1993.  Clendenin v. Girl Scouts of W. Ohio.**
Hamilton App. No. C–140658, 2015-Ohio-4506. Reported at 150 Ohio St.3d 300, 2017-Ohio-2830, 81 N.E.3d 438. On appellee's motion for reconsideration. Motion denied.

SEAN C. GALLAGHER, J., of the Eighth District Court of Appeals, sitting for FISCHER, J.

PATRICIA A. DELANEY, J., of the Fifth District Court of Appeals, sitting for DEWINE, J.

**2016–1243.  In re Application of Coll.**
On Report by the Board of Commissioners on Character and Fitness, No. 643. Reported at 150 Ohio St.3d 183, 2017-Ohio-4023, 80 N.E.3d 457. On applicant's motion for reconsideration. Motion denied.

**2016–1474.  State v. McNeill.**
Lorain App. No. 15CA010774, 2016-Ohio-5463. Reported at 149 Ohio St.3d 1406, 2017-Ohio-2822, 74 N.E.3d 464. On appellant's motion for reconsideration. Motion denied.